UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARIO P. ROMERO, MICAELA SOTO
DURAN, and EULALIO GUTIERREZ, on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

MOUNTAIRE FARMS, INC.,

    Defendant

Civil Action No. 7:09-CV-00190-BO

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS IN PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO BE APPOINTED CO-LEAD COUNSEL

Upon finding good cause for Plaintiffs' Motion for Leave to File Excess Pages in Plaintiffs' Reply in Support of Motion to be Appointed Co-Lead Counsel, the Motion is GRANTED. Plaintiffs shall have a five (5) page extension of the Court's limit on reply briefs, such that Plaintiffs' Reply in Support of Motion to be Appointed Co-Lead Counsel may total fifteen (15) pages in length.

SO ORDERED this 14 day of March, 2013.

_Terrence Boyle_
The Honorable Terrence W. Boyle
United States District Judge