UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO P. ROMERO, MICAELA SOTO DURAN, and EULALIO GUTIERREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>Vs.<br><br>MOUNTAIRE FARMS, INC.,<br><br>Defendant. | Civil Action No. 7:09 –cv-00190-BO |

## CONSENT ORDER FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEY FEES

This matter having come before this Court on a Motion for Final Approval of Class and Collective Action Settlement (DE 184) and Motions for Attorney Fees (DE 188 and 193) and having considered the evidence, briefs and arguments and with the consent of the undersigned counsel, the Court finds as follows:

The parties have resolved all disputes and disagreements concerning the attorney fees as between Martin & Jones, PLLC and Gilda A. Hernandez in this matter and this matter only and this Court finding such resolution fair and just.

    1.    The Court finds and the undersigned counsel agree that attorneys' fees and expenses should be awarded as follows:

        a.    Martin & Jones, PLLC is awarded attorneys' fees in the amount of One Million One Hundred Fifty Thousand Dollars and No Cents ($1,150,000.00) and expenses in the amount of One Hundred Ninety Nine Thousand, Nine Hundred and Ninety Nine Dollars and No Cents ($199,999.00);

b. The Law Offices of Gilda A. Hernandez, PLLC is awarded attorney's fees in the amount of One Hundred Thousand Dollars and No Cents ($100,000.00) and no expenses.

2. As to the Motion for Final Approval of Class and Collective Action Settlement, (DE 184) the Court having heard no objections, and further finding the Settlement to be fair, reasonable and adequate, the Motion is hereby GRANTED.

This the 1**4** day of August, 2013.

SO ORDERED:

_____
Terrence W. Boyle
United States District Judge

SO MOVED:

_____
H. Forest Horne, Jr.
G. Christopher Olson
Martin & Jones, PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005

_____
J. Larry Stine
Melagia Lee Daniels, Jr.
Wimberly, Lawson, Daniels & Fisher, LLC
109 Laurens Rd., Suite A., Bldg. 4
Greenville, SC 29607
Telephone: (864) 242-9484

_____
Gilda A. Hernandez
The Law Offices of Gilda A. Hernandez, PLLC
315 S. Salem Street, Suite 310
Apex, NC 27502
Telephone: (919) 741-0981